UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21102-CIV-MOORE
      (06-20046-CR-MOORE)
MAGISTRATE JUDGE P.A. WHITE

ANTWAN HANNA,            :

    Movant,              :
                                                                                REPORT RECOMMENDING GRANTING
v.                       :   CERTIFICATE OF APPEALABILITY
                                                                                 MOTION TO VACATE
UNITED STATES OF AMERICA, :            (CR DE#84)

    Respondent.          :
_____

    This Cause is before the Court upon the movant's motion requesting to reopen the time to file his notice of appeal, and reequest for certificate of appealability pursuant to 28 U.S.C. §2253 and Fed.R.App.P. 22(b), both as amended April 24, 1996. (CR DE#84)  This motion has been referred to the undersigned for consideration and report.

    A certificate of appealability shall not issue unless the Court rules that upon one or more specific issues the movant has made a substantial showing of the denial of a constitutional right.

    To merit a certificate of appealability, the appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issue he seeks to raise.  See 28 U.S.C. §2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

    After reevaluation of the claims, if the Court grants such a certificate it must state which specific issue or issues satisfy

the requirement that the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. §2253(c)(2) and (3). In this case, the petitioner seeks appellate review of the issue of whether counsel failed to communicate the prosecutor's plea.

The petitioner seeks to reopen the time for filing an appeal of the denial of his motion to vacate. A Report was entered by the Undersigned On December 16, 2009, denying the petitioner's motion to vacate, following an evidentiary hearing. The Recommendation was adopted and the petitioner's motion to vacate was denied in a Paperless Order by United States District Judge K. Michael Moore on January 11, 2010.

The petitioner filed a motion for a copy of the Magistrate Judge's Report and Recommendation on March 31, 2010, two months after his motion to vacate had been denied. The Court ordered the petitioner's attorney on April 15, 2010, to provide him with a copy. The petitioner filed no objections to the Report.

The petitioner filed a motion requesting to reopen the time to file his notice of appeal and request for certificate of appealability, signed on June 28, 2010, and filed on July 6, 2010, claiming he never received a "Formal Notice" of the denial of the motion to vacate. He received a copy of the Court's docket on or about June 5, 2010, informally noticing him that his motion to vacate had been denied.

A District Court upon motion filed within 180 days of entry of judgement or within 14 days after receipt of such notice, whichever is earlier may reopen the time for appeal. 28§2107(c). Upon review of the petitioner's pro-se motion,

It is therefore recommended as follows:

1. The petitioner's motion to reopen the time for filing the appeal (CR DE#84) be granted.

2. It is unclear whether the petitioner has paid the Clerk's $455.00 filing fee or filed a motion to proceed in forma pauperis, required for proceeding with an appeal. The petitioner must arrange for immediate payment of the filing fee, or file a motion to proceed in forma pauperis on appeal.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated this 26th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Antwan Hanna, Pro Se
    Address of record

    Counsel of record